UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| INTEGRATED DEICING <br> SERVICES, LLC <br><br> Plaintiff, <br><br> v. <br><br> KEVIN WORLEY, GLENN <br> VANDERLINDEN, and <br> AQUAPOWER RENEWABLES, INC. <br><br> Defendants. | Civil Action No. 1:09-cv-420-SM |

**ORDER GRANTING PLAINTIFF'S EMERGENCY**
**MOTION FOR LIMITED EXPEDITED DISCOVERY**

Upon consideration of Plaintiff Integrated Deicing Services, LLC's Emergency Motion for Limited Expedited Discovery, it is hereby ORDERED that:

1. Plaintiff's Emergency Motion for Limited Expedited Discovery is granted.

2. Plaintiff may serve a request for the production of documents and interrogatories on Defendant Kevin Worley, and shall not be required to wait until the parties have conferred as mandated by Fed. R. Civ. P. 26(f).

3. Defendant Worley shall respond to the request for the production of documents and interrogatories on or before December 23, 2009.

4. Plaintiff may serve a *Subpoena Duces Tecum* (the "Subpoena") containing a request for the production of documents on Endeavor Capital Management ("ECM"), and shall not be required to wait until the parties have conferred as mandated by Fed. R. Civ. P. 26(f).

5. ECM shall respond to the request for the production of documents attached to the Subpoena on or before December 23, 2009.

6. Plaintiff may take the depositions of Defendant Kevin Worley and a corporate designee of ECM, pursuant to Fed. R. Civ. P. 30(b)(6). These depositions shall take place on December 30, 2009 and December 28, 2009, respectively, or on such dates as otherwise agreed to by the parties.

7. Plaintiff's counsel is ordered to provide a copy of this order on defendants' counsel.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 14, 2009

cc:   All Counsel of Record