UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Integrated Deicing Services, LLC</u>

    v.                        Civil No. 09-cv-420-SM

<u>Kevin Worley, et al</u>

**O R D E R**

My order of December 14, 2009, granting emergency limited expedited discovery is withdrawn. Plaintiff's counsel left an after-hours, frantic message on Friday, December 11, 2009, referring several times to "irreparable harm". Early on Monday morning I was presented with plaintiff's motion and the content of the message. However, I was not told that defense counsel had appeared, nor that she had indicated a strong desire to be heard before ruling. Defense counsel has appeared and has asked to be heard. That request is in fact a right in my view. The motion for reconsideration (doc. no. 10) is granted to the extent set forth herein. A hearing on the underlying motion for expedited discovery will be held on December 22, 2009 at 11:00 a.m.

    **SO ORDERED.**

                                  /s/ James R. Muirhead
                                  James R. Muirhead
                                  United States Magistrate Judge

Date: December 15, 2009

cc:   All Counsel of Record